1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  2900 BRISTOL STREET, A-208
   COSTA MESA, CA 92626
3  Telephone: (949) 722-0055
   Fax: (949) 722-8416
4  Email: Jackie@jacquelynenguyenlaw.com

5  Attorney for: PLAINTIFF

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | No. 8: 13cv1891 |
| 12             Plaintiff, | |
| 13       vs. | CONSENT JUDGMENT |
|     NAM B. NGUYEN, AKA NAM | |
| 14  NGUYEN, AKA SAN H. VU, | |
| 15             Defendant | |

16     Pursuant to the above stipulation of the parties,
17  Judgment is hereby entered in favor of Plaintiff, UNITED
18  STATES OF AMERICA, against Defendant, Nam B. Nguyen, aka Nam
19  Nguyen, aka San H. Vu, in the principal amount of $9,635.35
20  plus interest accrued to December 3, 2013, in the sum of
21  $14,764.29; with interest accruing thereafter at the daily
22  rate of $2.25 until entry of judgment, administration costs
23  in the amount of $0.00, for a total amount of  **$24,399.64**.
24

25  DATED: 1/30/14                By: TERRY NAFISI
26                                    Clerk of the Court
27                                    _Yvette Loris_ (signature)
                                      Deputy Clerk
28                                    United States District Court